**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00578-CR

### MONIQUE DANAE MCCLINTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR11-1799**

## ORDER

We **GRANT** Official Court Reporter Deborah K. Hamon's August 20, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **TEN DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE